| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF NEW YORK, CENTRAL ISLIP DIVISION |
| Case number *(if known)* _____ Chapter __11__ |

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **FR-AM Two LLC** | |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **88-2232487** | |
| 4. | **Debtor's address** | **Principal place of business**  **64 West End Road**  **East Hampton, NY 11937**  Number, Street, City, State & ZIP Code  **Suffolk**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  **432 Park Avenue New York, NY 10022**  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | |

Debtor  **FR-AM Two LLC**  Case number (*if known*) _____
_____Name_____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

___**5313**___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check **all** that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

Debtor  **FR-AM Two LLC**  
      Name

Case number (*if known*)

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No  
☒ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Attachment**  Relationship  
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No  
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.  
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____  
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No  
☐ Yes.  Insurance agency _____  
    Contact name _____  
    Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.  
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49  
☐ 50-99  
☐ 100-199  
☐ 200-999  

☐ 1,000-5,000  
☐ 5001-10,000  
☐ 10,001-25,000  

☐ 25,001-50,000  
☐ 50,001-100,000  
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000  
☐ $50,001 - $100,000  
☐ $100,001 - $500,000  
☐ $500,001 - $1 million  

☐ $1,000,001 - $10 million  
☐ $10,000,001 - $50 million  
☒ $50,000,001 - $100 million  
☐ $100,000,001 - $500 million  

☐ $500,000,001 - $1 billion  
☐ $1,000,000,001 - $10 billion  
☐ $10,000,000,001 - $50 billion  
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000  
☐ $50,001 - $100,000  

☐ $1,000,001 - $10 million  
☐ $10,000,001 - $50 million  

☐ $500,000,001 - $1 billion  
☐ $1,000,000,001 - $10 billion

| Debtor | **FR-AM Two LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

☐ $100,001 - $500,000   ☒ $50,000,001 - $100 million   ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million   ☐ More than $50 billion

| | | |
|---|---|---|
| Debtor | **FR-AM Two LLC** | Case number (*if known*) |
| | Name | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 11, 2023**
MM / DD / YYYY

X  **/s/ Harry Macklowe**                                **Harry Macklowe**
Signature of authorized representative of debtor         Printed name

Title  **Manager**

**18. Signature of attorney**

X  **/s/ Kevin Nash**                                 Date  **October 11, 2023**
Signature of attorney for debtor                              MM / DD / YYYY

**Kevin Nash**
Printed name

**Goldberg Weprin Finkel Goldstein LLP**
Firm name

**125 Park Ave**
**New York, NY 10017-5690**
Number, Street, City, State & ZIP Code

Contact phone _____    Email address  **knash@gwfglaw.com**

 **NY**
Bar number and State

| | | |
|---|---|---|
| Official Form 201 | **Voluntary Petition for Non-Individuals Filing for Bankruptcy** | page 5 |

Debtor   **FR-AM Two LLC**        Case number (*if known*) _____
     Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK, CENTRAL ISLIP DIVISION

Case number *(if known)* _____ Chapter __11__

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **432 FF&E LLC** | | Relationship to you | **Affiliate** | |
| District | **Eastern New York** | When **10/11/23** | Case number, if known | | |
| Debtor | **432 FF&E Mezz LLC** | | Relationship to you | **Affiliate** | |
| District | **Eastern New York** | When **10/11/23** | Case number, if known | | |
| Debtor | **FR-AM One LLC** | | Relationship to you | **Affiliate** | |
| District | **Eastern New York** | When **10/11/23** | Case number, if known | | |

## COMPANY RESOLUTIONS IN SUPPORT OF CHAPTER 11 FILINGS

WHEREAS, in accordance with their respective Operating Agreements, a special meeting of FR-AM Two LLC, FR-AM One LLC, 432 FF&E Mezz LLC and 432 FF&E LLC (collectively the "Companies") was called and convened on October 10, 2023, and upon motion duly made and carried, the following resolutions were adopted:

> **RESOLVED**, each of the Companies is authorized to file a separate voluntary petition for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Eastern District of New York; and it is further

> **RESOLVED,** that Harry Macklowe, as the manager of the Companies, is authorized to act on behalf of each of the Companies to (a) execute the Chapter 11 petitions and all other related papers, and other documents, and cause the same to be filed with the Bankruptcy Court; (b) cause the Companies to file all schedules, statements, lists, motions, applications and other papers necessary or desirable to prosecute the respective Chapter 11 cases and achieve confirmation of a plan (or plans) of reorganization; and (c) pursue a restructuring of the Companies' respective debts and obligations; and it is further

> **RESOLVED**, that the Companies are each authorized to retain the law firm of Goldberg Weprin Finkel Goldstein LLP as counsel in the Chapter 11 case under a general retainer

Dated:   New York, New York
          October 10, 2023

                           FR-AM One LLC
                           FR-AM Two LLC
                           432 FF&E LLC
                           432 FF&E Mezz LLC

                         By:   <u>/s/ Harry Macklowe</u>
                               Name: Harry Macklowe
                               Title:  Manager

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:                                             Chapter 11

FR-AM Two LLC,                                     Case No.

                            Debtor.
---------------------------------------------------------------x
In re:                                             Chapter 11

432 FF&E Mezz LLC,                                 Case No.

                            Debtor.
---------------------------------------------------------------x
In re:                                             Chapter 11

FR-AM One LLC,                                     Case No.

                            Debtor.
---------------------------------------------------------------x
In re:                                             Chapter 11

432 FF&E LLC,                                      Case No.

                            Debtor.
---------------------------------------------------------------x

**CONSOLIDATED DECLARATION**
**PURSUANT TO LOCAL BANKRUPTCY RULE 1007-4**

Harry Macklowe declares the following under penalties of perjury pursuant to 28 U.S.C. §1746:

1. I am the sole member or trustee of the membership interest in each of the debtors, FR-AM Two LLC ("FR-AM Two"), 432 FF&E Mezz LLC ("432 Mezz"), FR-AM One LLC ("FR-AM One") and 432 FF&E LLC ("432 Owner") (collectively, the "Debtors"). The first two Debtors (FR-AM Two and 432 Mezz) are stock holding companies, holding the 100% membership interests in FR-AM One and 432 Owner, respectively (the "Membership Interests"). In turn, FR-AM One along with 432 Owner, together own three luxury apartments in the

1

building at 432 Park Avenue, New York, NY (the "Property") identified as units 78B and 28H (owned by FR-AM One) and 78A (owned by 432 Owner) (collectively, the "Units").

2. I respectfully submit this Consolidated Declaration in support of the Debtors' respective Chapter 11 cases, which are filed as related matters and will be the subject of a motion for joint administration. The purpose of this Declaration is to summarize the events leading up to the need for Chapter 11 relief, the Debtors' capital structure and the Debtors' exit strategy to preserve the equity in the Units.

3. I am a Florida resident. Because the Debtors have no active business offices, the Debtors have venued their cases in the Eastern District of New York in care of my home in East Hampton, NY. I also maintain a home in one of the Units (78B).

**Overview**

4. Of immediate concern, the Units are subject to imminent UCC Article 9 foreclosure sales involving the Membership Interests held by FR-AM Two and 432 Mezz. The auction is scheduled for October 11, 2023 at 2:30 p.m. and has been noticed pursuant to pledge agreement made with 56th and Park (NY) Owner LLC (the "Lender") to secure two mezzanine loans in the respective principal amounts of $31,622,858.28 and $14,293,940.31, plus disputed interest and other charges (the "Mezzanine Loans"). The Mezzanine Loans were made in connection with the acquisition of the Units in May of 2022.

5. The foreclosure auction sale is proceeding despite a pending arbitration case commenced by the Debtors and me before the American Arbitration Association (the "Arbitration"). In the Arbitration, we seek to enforce various rights against the co-developer of the Property, CIM Fund III L.P. (the "CIM Fund") as successor to 56th and Park (NY) Holdings

LLC ("Holdings") and other related CIM Group entities regarding alleged violations of the parties' Contingent Purchase Price Agreement, as amended (the "CPPA").

6. I was the original developer of the Property which was occupied by the former Drake Hotel prior to demolition and redevelopment into one of the City's most prestigious residential condominium buildings. My interest in the project was sold in 2010 to the co-developer, Holdings, which was succeed by the CIM Fund. In connection with the sale, the Debtors and I am entitled to certain contingent payments pursuant to the CPPA after the co-developer recouped its capital investment and received a fifteen percent return. These entitlements are set forth in Article 6 of the CPPA which, *inter alia*, contains well-defined waterfall provisions for payments upon the future sale of the condominium units and other income from the project. Under Section 6.1, the co-developer is entitled to receive the first tier of the sale proceeds and the Debtors and I are entitled to receive the second tier.

7. In 2011, the CPPA was amended to allow the CIM Fund to replace Holdings as the co-developer and bring additional capital into the transaction without negating the Debtors' and my rights under the waterfall provisions. Indeed, under Section 6.1(b) of the amended CPPA, the Debtors are entitled to the first 20% of the proceeds once the CIM Fund (as successor to Holdings) has recouped its own investment and received a 15% return. After the CIM Fund earns a 20% return, the Debtors and my compensation jumps to 50% of the proceeds.

8. However, in the years that followed, we assert that the CIM Fund diverted revenues and distributions rightfully owed under the waterfalls through the creation of three other co-investor entities. Moreover, the CIM Fund placed itself in the position of the managing member of the co-investor entities so that it earned a portion of the proceeds paid to the co-investor entities, as well as paid itself significant management fees, all with the intent of

receiving monies outside of the waterfall provisions, negatively impacting the ability of the CIM Fund to make rightful distributions to the Debtors and me pursuant to the terms of the amended CPPA.

9. In view of the foregoing, it is alleged in the Arbitration that the Debtors are owed substantial unpaid revenues and distributions amounting to tens of millions of dollars and potentially aggregating more than the underlying mortgage debt. Unfortunately, the Debtors were unable to obtain a stay of the Article 9 UCC foreclosure sales pending completion of the Arbitration, based upon, *inter alia*, a ruling that the Lender, although affiliated or related to the CIM Fund as co-developer and otherwise part of the CIM Group, did not sign the operative CPPA or amendment and, therefore, was not bound to participate in the Arbitration. Hence, the litigation is proceeding piecemeal without the benefit of any stay in the state court.

10. The Debtors face the prospect of forfeiting their respective rights and interests in the Units before they are able to obtain a proper determination of the amount of their claims in the Arbitration. The Debtors intend to continue with the Arbitration, which is scheduled to be heard in March, 2024. There have been no payments received under the CPPA except an advance of $15 million, which was reduced to $12,500,000, event though it is my belief that the CIM Fund has realized approximately $900 million on the project.

11. The filing of the Chapter 11 petitions provides the opportunity to address significant claims arising under the CPPA in conjunction with the disposition of the mortgage debt in a centralized forum with the view of preserving the substantial equity in the Units. While the Lender may not be a party to the CPPA or the amendments thereto, the payments and distributions due under the CPPA were certainly intended as an important funding source to satisfy the underlying mortgage and mezzanine debt.

12. The Debtors intend to pursue a reorganization strategy predicated upon the refinancing of the Units perhaps in connection with a sale of Unit 78A. The purpose of a refinancing or sale is to generate a pool of funds of approximately $30 million to be set aside for the Lender while the Debtors pursue claims in the Arbitration. The Units themselves have very little mortgage debt and are believed to have an aggregate value of approximately $78 million.

### Local Rule 1007-4 Disclosures

13. Pursuant to Local Rule 1007-4(a)(iv) and (v), no committees were formed prior to the filing of the Petitions.

14. Pursuant to Local Rule 1007-4(a)(vi), the Debtors share common creditors, as per the list of the names and address attached hereto.

15. Pursuant to Local Rule 1007-4(a)(vii), as noted, the sole secured creditor of all four Debtors is the Lender, which holds a pledge against the respective membership interests held by FR-AM Two in FR-AM One and by 432 Mezz in 432 Owner, as well as modest mortgage liens against the Units totaling $498,000.

16. Pursuant to Local Rule 1007-4(a)(viii), a summary of the assets and liabilities of each of the Debtors will be set forth in their respective Schedules to be filed shortly.

17. Pursuant to Local Rule 1007-4(a)(ix), the undersigned is the 100% member of FR-AM Two and a trustee for the membership interest of 432 FF&E Mezz LLC. These entities in turn are the sole members of FR-AM One and 432 Owner, respectively.

18. Pursuant to Local Rule 1007-4(a)(x), the Lender alleges that it holds the membership interests in FR-AM One and 432 Owner pursuant to various pledges.

19. Pursuant to Local Rule 1007-4(a)(xi), neither FR-AM Two nor 432 Mezz owns any real property. FR-AM One and 432 Owner are the owners of the Units, as noted above. The

Units are believed to have an aggregate fair market value of approximately $78 million, well in excess of the Mezzanine Loans and mortgage debt without even considering the Debtors' substantial entitlements under the CPPA, as amended.

20. Pursuant to Local Rule 1007-4(a)(xii), the books and records of each of the Debtors are maintained by me at my home at 64 West End Road, East Hampton, NY.

21. Pursuant to Local Rule 1007-4(a)(xiii), a schedule of pending lawsuits is attached hereto.

22. Pursuant to Local Rule 1007-4(a)(xiv), I serve as the manager of each the Debtors without compensation.

23. Pursuant to Local Rule 1007-4(a)(xv), none of the Debtors has any current employees.

24. Pursuant to Local Rule 1007-4(a)(xvi), none of the Debtors anticipate any significant income or expenses in the next 90 days.

Dated:  New York, NY
       October 11, 2023

                                    /s/ Harry Macklowe

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                                              Chapter 11

FR-AM Two LLC,                                                              Case No.

                                        Debtor.
-------------------------------------------------------------x

# LIST OF LAWSUITS

1. 56th And Park (NY) Owner, LLC, et al. v. 440 Park Avenue Owner Associates, LLC, et al.
   Supreme Court of the State of New York, New York County
   Index No. 652903/2023
   Stay of Arbitration

   Attorneys for Plaintiffs:
   Robert A. Sacks, Esq.
   Sullivan & Cromwell LLP
   125 Broad Street
   New York, New York 10004

   Attorneys for Defendants:
   Joshua Irwin Schiller, Esq.
   Boies Schiller Flexner LLP
   55 Hudson Yards
   New York, NY 10001

2. 440 Park Avenue Owner Associates, LLC et al. v. 56th And Park (NY) Owner, LLC et al.
   American Arbitration Association
   Arbitration

   Attorneys for Respondents:
   Robert A. Sacks, Esq.
   Sullivan & Cromwell LLP
   125 Broad Street
   New York, New York 10004

   Attorneys for Claimants:
   Joshua Irwin Schiller, Esq.
   Boies Schiller Flexner LLP
   55 Hudson Yards
   New York, NY 10001

3. Non-judicial UCC Article 9 Foreclosure
   56th And Park (NY) Owner, LLC v. FR-AM Two LLC

   Attorneys for Plaintiffs:
   Robert A. Sacks, Esq.
   Sullivan & Cromwell LLP
   125 Broad Street
   New York, New York 10004

Dated:   New York, New York
         October 10, 2023

                                    FR-AM Two LLC


                                    By:    /s/ Harry Macklowe
                                           Name: Harry Macklowe
                                           Title:  Manager

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                                    Chapter 11

FR-AM Two LLC,                                                  Case No.

                                        Debtor.
-------------------------------------------------------------x

**BANKRUPTCY RULE 7007.1 CORPORATE OWNERSHIP STATEMENT**

Pursuant to Bankruptcy Rule 7007.1, FR-AM Two LLC certifies that it is a private non-governmental party, and has no corporate parent, affiliates and/or subsidiaries which are publicly held.

Dated:   New York, New York
             October 10, 2023

                                                    FR-AM Two LLC

                                                    By:    /s/ Harry Macklowe
                                                              Name: Harry Macklowe
                                                              Title:   Manager

```
Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

NY State Attorney General
28 Liberty St
New York, NY 10005-1400

NYC Dep't of Finance
Legal Affairs
375 Pearl St Apt 27
New York, NY 10038-1441

NYC Dept of Law
Attn: Bernadette Brennan, Esq.
100 Church St Rm 5-233
New York, NY 10007-2601

NYS Dep't of Taxation
Bankruptcy/Special Procedure
PO Box 5300
Albany, NY 12205-0300

Office of the U.S. Trustee
560 Federal Plaza
Central Islip, NY 11722

56th And Park (NY) Owner, LLC
c/o Robert A. Sacks, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Boies Schiller Flexner LLP
Attn: Joshua Irwin Schiller, Esq.
55 Hudson Yards
New York, NY 10001

56th and Park (NY) Owner Parent, LLC
c/o Robert A. Sacks, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

56th and Park (NY) Manager, LLC
c/o Robert A. Sacks, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004
```

```
CIM Fund III, L.P.
c/o Robert A. Sacks, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

56th and Park (NY) Holdings, LLC
c/o Robert A. Sacks, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Devin W. Ness, Esq.
Herrick Feinstein LLP
Two Park Avenue
New York, New York 10016

Residential Section 432 Park Cond
c/o FirstService Residential
P.O. Box 30476
Tampa, FL 33630-3476

Build-Source Corp
4 Court Square, Suite 301
Long Island City, NY 11101

Audio Command Systems Inc
694 Main Street
Westbury, NY 11590

Island Architectural Woodwork Inc
31-33 Howard Place
Ronkonkoma, NY 11779

Strauss Creative Finishes Inc.
150 West 28th Street, Suite 503
New York, NY 10001

Epic Mechanical Contractors LLC
76-78 Mall Drive
Commack, NY 11725

Medco Plumbing Inc.
65-11 Fresh Meadow Lane
Flushing, NY 11365

Diverzify (RD Weiss)
865 W. Irving Park Rd
Itasca, IL 60143-2021

KHC Architectural Design LLC
233 Broadway, Suite 2430
New York, NY 10279
```

```
Spieler & Ricca Electrical Co. Inc.
52-09 Van Dam Street
Long Island City, NY 11101

WSP USA Buildings Inc.
P.O. Box 21120
New York, NY 10087-1120

Jantile
100 Business Park Drive
Armonk, NY 10504

Titan Industrial Services Corp.
6600 Queens Midtown Expressway
Maspeth, NY 11378

Crina Arghirescu Rogard Design LLC
400 Madison Street
Brooklyn, NY 11221

Gillman Consulting Inc.
40 Worth Street, Suite 600
New York, NY 10013-2904
```