| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK<br>--------------------------------------------------------x<br>In re:<br><br>FR-AM Two LLC,<br>432 FF&E Mezz LLC,<br>432 FF&E LLC,<br>FR-AM One LLC,<br><br>         Debtors.<br>--------------------------------------------------------x | Hearing Date and Time:<br>May 6, 2024 at 9:30 a.m.<br><br>Chapter 11<br><br>Case No. 23-73775-REG<br>Case No. 23-73776-REG<br>Case No. 23-73777-REG<br>Case No 23-73778-REG<br><br>Jointly Administered |

## ORDER APPROVING SETTLEMENT
## BETWEEN DEBTORS AND THE LENDER

Upon reading the motion [ECF No. 71] (the "Motion") of FR-AM Two LLC, 432 FF&E Mezz LLC, FR-AM One LLC and 432 FF&E LLC (collectively, the "Debtors") seeking approval of the settlement (the "Settlement") with their lender, 56th and Park (NY) Owner LLC (the "Lender," and together with the Debtors, the "Parties"); and notice of the proposed Settlement having been given to creditors and other parties in interest; and the limited objection of the Office of the United States Trustee [ECF No. 73] having been resolved by the filing of a supplement by the Debtors containing a signature page executed by Patricia Sabine Lazar [ECF No. 74]; and based upon the record compiled at the hearing held on May 6, 2024; and the Court being satisfied that the Settlement meets the standards of reasonableness, it is hereby

    ORDERED, that the Motion is GRANTED upon the terms set forth herein; and it is further

    ORDERED, that the Settlement attached hereto with the additional signature page is hereby APPROVED; and it is further

    ORDERED, that the Parties are authorized to proceed in furtherance of the Settlement; and it is further

1

ORDERED, the Court shall retain jurisdiction to determine any disputes arising in connection with the Settlement.



Dated: Central Islip, New York
May 10, 2024

Robert E. Grossman
United States Bankruptcy Judge